IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATIE GRASTY,

    *Plaintiff*,

v.                                           Case No.:  4:22cv334-MW/MAF

ASHLEY FURNITURE INDUSTRIES, LLC,

    *Defendant.*

_____/

## ORDER OF DISMISSAL

The Plaintiff has filed a notice of voluntary dismissal, ECF No. 11. Defendant has not filed an answer; accordingly, the notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, Plaintiff's motion to certify class, ECF No. 9, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on December 20, 2022.**

                                              s/Mark E. Walker                
                                              **Chief United States District Judge**